■ GABRIELE SOCHA, Appellant, and ANTHONY SEGELSKI, as Copresident of Patchogue-Medford Congress of Teachers, Intervenor-Appellant, v ALFRED J. CHIUCIOLO et al., Constituting the Board of Education of Union Free School District No. 24, for Medford and Patchogue, Respondents, and LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Intervenor-Respondent.—Order-judgment of the Supreme Court, Suffolk County, dated June 29, 1973, affirmed, without costs *(Matter of Nash v Board of Educ. Union Free School Dist. No. 13, Town of Islip,* 46 AD2d 901). Hopkins, Acting P. J., Latham, Christ, Brennan and Shapiro, JJ., concur.